Servian J. Kauffman, Appellee, v. David G. Sanner, Appellant.

### (Not to be reported in full.)

Appeal from the County Court of Shelby county; the Hon. J. K. P. GRIDER, Judge, presiding. Heard in this court at the April term, 1913. Affirmed. Opinion filed October 16, 1913.

### Statement of the Case.

Action by Servian J. Kauffman against David G. Sanner to recover a balance claimed to be due to plaintiff on a contract for tiling land of defendant. From a judgment in favor of plaintiff for $117.92, defendant appeals.

STEIDLEY & CROCKETT, for appellant.

MARION WATSON, for appellee.

MR. JUSTICE CREIGHTON delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

1. CONTRACTS, § 401*—*when judgment for plaintiff will be sustained on appeal.* In an action to recover a balance claimed to be due on a tiling contract, a verdict in favor of plaintiff *held* sustained by the evidence and errors in instructions *held* not prejudicial error.

2. APPEAL AND ERROR, § 1420*—*when irregularity during trial not cause for reversal.* Courts will not reverse a cause merely because of some irregularity during the trial, if from all the facts and circumstances in the record it appears that equal and exact justice has been done.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.